UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDY LEA RUDDER,

        Plaintiff,

  v.

SHERRI PRICE, et al.,

        Defendants.

Case No. C24-0753-RAJ-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Complaint is DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 19th day of September, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1